

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Joseph Scanlon,

Vs.   No. 11-14-00082-CV

Real Star Property Management,

\* From the County Court at
Law No. 3 of Bell County,
Trial Court No. 76,683.

\* October 31, 2014

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against Joseph Scanlon.